UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Case No. 3:11-CR-078 JD |
| | ) | |
| LAMARCO BEARD (01) | ) | |

ORDER FOR DISMISSAL

The Court having considered the Government's Motion to Dismiss the Indictment as to Defendant Lamarco Beard (01) only, pursuant to his plea to the Information in 3:12cr053;

THEREFORE, IT IS SO ORDERED.

Leave of Court is granted for the filing of the foregoing dismissal.

Dated:   September 21, 2012

/s/ JON E. DEGUILIO
Judge
United States District Court